**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 30 2017

JAMES W. McCORMACK, CLERK
By:_____
                              DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH AND MARY STOKES                                    PLAINTIFFS

VS.                    NO. *4:17-cv-425-KGB*

RPM COMMERICAL, INC. D/B/A
COLDWELL BANKER COMMERICAL RPM;
RECTOR PHILLIPS MORSE, INC.;  AND
CHI ST. VINCENT HEALTH SERVICES, INC.                      DEFENDANTS

COMPLAINT          This case assigned to District Judge _Baker_
                                   and to Magistrate Judge _Deere_

Plaintiffs, for their Complaint against defendants, state:

1.  This is an action for declaratory and injunctive relief pursuant to Title III of the

    Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*, ("ADA"), as well as general

    negligence.  This court is vested with original jurisdiction under 28 U.S.C. §§ 1331 and

    1343.

2.  Venue is proper in this Court, the Eastern District of Arkansas, pursuant to 28 U.S.C. §

    1391(B) and Local Rules of the United States District Court for the Eastern District of

    Arkansas.

3.  Plaintiffs, Kenneth ("Mr. Stokes") and Mary Stokes ("Mrs. Stokes"),  are citizens and

    residents of Pulaski County, Arkansas.

4.  Mr. Stokes is a qualified individual with a disability under the ADA. Mr. Stokes suffers

    from a "qualified disability" under the ADA and all other applicable Federal statutes and

    regulations to the extent that he does not have full independent mobility, and relies on the

    use of a mobility walker ("walker").

5.  On or about December 9, 2016,  Mr. Stokes accompanied Mrs. Stokes on a medical visit
    to the CHI St. Vincent Primary Care "Midtowne" facility ("facility") located in Little
    Rock, Arkansas.

6.  As Mr. Stokes left the facility, he was using his walker to navigate the parking lot access
    to the handicap parking space when upon reaching the bottom of the slope, due to the
    unreasonable and impermissible slope of the parking lot, he lost control, and fell head
    first over his walker, and was pinned underneath his car. It took several minutes, and the
    assistance of third parties, to help Mr. Stokes get back to his feet. Mr. Stokes suffered
    significant injuries to head and other parts of his body and was hospitalized for multiple
    weeks.

## COUNT I- VIOLATION OF THE ADA

7.  The slope of the parking lot that accesses the handicapped parking space for the subject
    premises surpasses the permissible slope under the ADA. Additionally, there is
    indentation at the base of the ramp that can act as an impediment for a wheel chair or
    walker.  The excessive slope and indentation, individually and collectively, create an
    unreasonable risk of injury for all handicapped persons that are trying to access the
    handicapped parking spaces.This violation of the ADA proximately caused plaintiffs
    injuries.

## COUNT II- NEGLIGENCE

8.  The defendants were negligent in the construction, design, upkeep and maintenance of
    the parking lot access to the handicap parking space at the subject premises.  This
    negligence proximately caused the damages sustained by the plaintiff.

9.  As a result of this incident, Mr. Stokes sustained serious injuries and lifelong scarring. Both plaintiffs have suffered pain, mental anguish, and emotional distress that will continue into the future. Mr. Stokes has scars and disfigurements, and has sustained permanent injuries. The injuries suffered justify an award in excess of $75,000.

10. Plaintiffs demand a trial by jury.

WHEREFORE, plaintiffs pray judgement against defendant for an amount in excess of $75,000 each, for their cost and all other proper relief.

Respectfully submitted,

Timothy O. Dudley, #82055
114 South Pulaski Street
Little Rock, AR 72201
(501) 372-0080
Todudley@swbell.net

and

Danny R. Crabtree, #2004006
114 S. Pulaski St.
Little Rock, AR  72201
501-372-0080
danny.crabtree@sbcglobal.net

BY:_____