IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENNETH AND MARY STOKES**                                      **PLAINTIFF**

v.                    **Case No. 4:17-cv-00425 KGB**

**RPM COMMERICAL INC.**
**d/b/a COLDWELL BANKER COMMERICAL RPM,** *et al.*       **DEFENDANTS**

**ORDER**

Before the Court is plaintiffs Kenneth and Mary Stokes' motion to extend deadline to respond (Dkt. No. 25). By prior Order, this Court granted Mr. and Mrs. Stokes' motion to extend the deadline to respond to separate defendants RPM Commercial, Inc. d/b/a Coldwell Banker Commercial, RPM, and Rector Phillips Morse, Inc. d/b/a RPM Group's (collectively, "RPM Defendants") motion for judgment on the pleadings and to dismiss for lack of standing (Dkt. No. 24). The Court granted Mr. and Mrs. Stokes up to and including March 9, 2018, to respond (*Id.*). In their present motion, Mr. and Mrs. Stokes submit that they are working through settlement negotiations and are close to settling (Dkt. No. 25, ¶ 3). They further assert that they have conferred with opposing counsel and that opposing counsel has no objection to the extension (*Id.*, ¶ 5).

For good cause shown, the Court grants the motion (Dkt. No. 25). Mr. and Mrs. Stokes have up to and including March 23, 2018, to respond to the RPM Defendants' motion

So ordered this 12th day of March, 2018.

                                                               Kristine G. Baker
                                                               United States District Court Judge