IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH AND MARY STOKES                                                         PLAINTIFFS

V.                                        NO. 4:17-CV-425-KGB

EVERGREEN PARTNERSHIP; RPM COMMERCIAL, INC. D/B/A
COLDWELL BANKER COMMERCIAL, RPM;
RECTOR PHILLIPS MORSE, INC. D/B/A RPM GROUP; AND
ST. VINCENT INFIRMARY MEDICAL CENTER D/B/A
ST. VINCENT MEDICAL CLINIC MIDTOWNE                                             DEFENDANTS

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs and Defendants by and through their respective counsel, and herein move the Court for an Order dismissing Plaintiffs' Complaint with prejudice and without costs, stating:

1. That Plaintiffs move the Court for an order dismissing Plaintiff's Complaint [Doc. No. 1] and Amended Complaint [Doc. No. 11[ against the Defendants with prejudice;

2. That the parties herein state the matters asserted in the complaint and subsequent Amended Complaint have been resolved, and this case should be dismissed with prejudice and without costs assessed to either party;

WHEREFORE, Plaintiffs, Kenneth and Mary Stokes, and Defendants, Evergreen Partnership; RPM Commercial, Inc. d/b/a Coldwell Banker Commercial, RPM; Rector Phillips Morse, Inc. d/b/a RPM Group; and St. Vincent Infirmary Medical Center d/b/a St. Vincent Medical Clinic Midtowne, pray that the Court enter an appropriate Order in the captioned matter action dismissing the Complaint of the Plaintiffs with prejudice and without the assessment of costs to any party.

        Respectfully submitted,

        Timothy O. Dudley, AR Bar No. 82055
        Attorney at Law
        Email: todudley@swbell.net
        and
        Danny R. Crabtree, Attorney at Law
        114 South Pulaski Street
        Little Rock, Arkansas 72201
        501-372-0080
        Attorneys for Plaintiffs, Kenneth and Mary Stokes

BY:    /s/ Danny R. Crabtree
        Danny R. Crabtree, AR Bar Number 2004006
        danny.crabtree@sbcglobal.net


        BARBER LAW FIRM PLLC
        425 West Capitol Avenue, Suite 3400
        Little Rock, Arkansas 72201-3483
        501-372-6175
        Attorneys for Separate Defendants,
        RPM Commercial, Inc. d/b/a
        Coldwell Banker Commercial, RPM and
        Rector Phillips Morse, Inc. d/b/a RPM Group

BY:    /s/ John S. Cherry, Jr.
        John S. Cherry, Jr., AR Bar Number 66012
        Email: jcherry@barberlawfirm.com
        Scott M. Strauss, AR Bar Number 92009
        Email: sstrauss@barberlawfirm.com
        Georgia Robinette, AR Bar Number 98226
        Email: grobinette@barberlawfirm.com


        MUNSON, ROWLETT, MOORE & BOONE, P.A.
        1900 Regions Center
        400 West Capitol Avenue
        Little Rock, Arkansas 72201
        Attorneys for Separate Defendants.
        St. Vincent Infirmary Medical Center
        d/b/a St. Vincent Medical Clinic Midtowne

BY:    /s/ Tim Boone
        Tim Boone, AR Bar Number 86023
        Email: tim.boone@mrmblaw.com
        Sarah Greenwood, AR Bar Number 2003089
        Email: sarah.greenwood@mrmblaw.com