IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENNETH AND MARY STOKES**                                                                 **PLAINTIFFS**

**v.**                              **Case No. 4:17-cv-00425 KGB**

**RPM COMMERICAL INC.**
**d/b/a COLDWELL BANKER COMMERICAL RPM,** *et al.*                **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 27). The parties submit that they have reached an agreement that resolves all claims in this matter. The stipulation seeks dismissal with prejudice of plaintiffs Kenneth and Mary Stokes' claims against defendants RPM Commercial, Inc. d/b/a Coldwell Banker Commercial RPM, Rector Phillips Morse, Inc. d/b/a RPM Group, St. Vincent Infirmary Medical Center, originally named as CHI St. Vincent Health Services, Inc., d/b/a St. Vincent Medical Clinic Midtowne, and Evergreen Partnership. The stipulation accords with the terms of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 27). This action is dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

So ordered this 26th day of April, 2018.

_____
Kristine G. Baker
United States District Court Judge